No. 83–1458. FERREIRA ET AL. v. L&M PROFESSIONAL CONSULTANTS, INC., ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 83–1461. GARGALLO v. FRANKLIN COUNTY COURT OF COMMON PLEAS, DIVISION OF DOMESTIC RELATIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–1484. BARBOA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1487. SAWYER v. DUPONT GLORE FORGAN, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–1502. GRAHAM v. THREE OR MORE MEMBERS OF THE ARMY RESERVE GENERAL OFFICER SELECTION BOARD OF 30 NOVEMBER 1979 ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1504. MCLEAN v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1507. DREHER ET UX. v. MORRISON ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–1512. IGLESIAS-URANGA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–1523. WILSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–1546. ANDERBERG, INDIVIDUALLY, AND AS CONSERVATRIX OF THE ESTATE OF STICHLER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1549. PARK CORP. v. NATIONAL SAVINGS & TRUST CO. C. A. 6th Cir. Certiorari denied.

No. 83–5384. BOYLAN v. UNITED STATES POSTAL SERVICE. C. A. 11th Cir. Certiorari denied.